*In re* MCFARLAND.

(*Supreme Court, General Term, Third Department.* November 20, 1888.)

No opinion. Order to show cause dismissed, and application denied.

---

*In re* WAGNER'S ESTATE.

(*Supreme Court, General Term, Third Department.* November 20, 1888.)

*W. H. Van Steenbergh,* for appellant. *James Flynn,* for respondent. No opinion. Motion granted, with $10 costs.

---

ALVERSON *v.* CANANDAIGUA WATER-WORKS CO.

(*Supreme Court, General Term, Fifth Department.* January 11, 1889.)

*Smith & Hanlon,* for plaintiff. *J. Henry Metcalf,* for defendant. No opinion. Motion for a new trial denied, with costs.

---

AMDT, Respondent, *v.* NEW YORK CENT. & H. R. R. Co., Appellant.

(*Supreme Court, General Term, Fifth Department.* January 11, 1889.)

*McMillan, Gluck & Pooley,* for appellant. *Smith & Weaver,* for respondent. No opinion. Judgment and order affirmed.

---

BANK OF BUFFALO *v.* THOMPSON *et al.*

(*Supreme Court, General Term, Fifth Department.* January 11, 1889.) .

No opinion. Motion for a new trial denied, with costs, on the authority of *Bank* v. *Tarbox,* 38 Hun, 57.

---

BARBER, Appellant, *v.* MOON *et al.,* Respondents, etc.

(*Supreme Court, General Term, Fifth Department.* January 11, 1889.)

No opinion. Judgment affirmed, with costs.

---

BENNETT *et al. v.* WESTERN UN. TEL. CO.

(*Supreme Court, General Term, Fifth Department.* January 11, 1889.)

No opinion. Motion for leave to appeal to court of appeals denied.

---

CHURCH, Respondent, *v.* BORSLAND, Appellant.

(*Supreme Court, General Term, Fifth Department.* January 11, 1889.)

*Clark D. Knapp,* for appellant. *J. C. Church,* for respondent. No opinion. Judgment affirmed, with costs.

---

BISSELL, Respondent, *v.* MCMASTER, Appellant.

(*Supreme Court, General Term, Fifth Department.* January 11, 1889.)

*De Meville Cage,* for appellant. *Warren F. Miller,* for respondent. No opinion. Order affirmed, with $10 costs and disbursements.